Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27917−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cristian E. Ramos−Cepeda
   75 Battle Pl.
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−3715

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/11/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 11, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Cristian E. Ramos-Cepeda
    Debtor

Case No. 18-27917-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2020
    Form ID: 148    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
```
db              +Cristian E. Ramos-Cepeda,    75 Battle Pl.,    Somerset, NJ 08873-3601
517873677       +Manufacturers and Traders Trust Company,    c/o Cenlar FSB,    425 Phillips Blvd,
                  Ewing, NJ 08618-1430
517743982       +South Shore Bank,    Attn: Bankruptcy,    Po Box 151,    Weymouth, MA 02188-0904
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2020 00:17:11    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 00:17:09    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr               E-mail/Text: ebnnotifications@creditacceptance.com Aug 12 2020 00:16:19
                  Credit Acceptance Corporation,    25505 West 12 Mile Road,    Southfield, MI  48034
cr              +EDI: WFFC.COM Aug 12 2020 03:38:00    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,
                  1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
517743980       +EDI: CAPITALONE.COM Aug 12 2020 03:38:00    Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
517799647        EDI: CAPITALONE.COM Aug 12 2020 03:38:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
517744304       +E-mail/Text: ebnnotifications@creditacceptance.com Aug 12 2020 00:16:19    Credit Acceptance,
                  25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
517743981       +E-mail/Text: ebnnotifications@creditacceptance.com Aug 12 2020 00:16:19    Credit Acceptance,
                  Po Box 513,    Southfield, MI 48037-0513
517862865        EDI: PRA.COM Aug 12 2020 03:38:00    Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517743983        EDI: WFFC.COM Aug 12 2020 03:38:00    Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                  Greenville, SC 29606
517841558        EDI: WFFC.COM Aug 12 2020 03:38:00    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                  PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517743984       +EDI: WFFC.COM Aug 12 2020 03:38:00    Wells Fargo Dealer Services,    Attn: Bankruptcy,
                  Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a
               M&T Bank, successor by merger with Hudson City Savings Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paola D. Vera    on behalf of Debtor Cristian E. Ramos-Cepeda pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```